one who first advances the use of a unitary device, to a complete monopoly of that use in that field. The patent claims sued on are invalid for want of invention, the judgment is reversed and the cause is remanded with directions to dismiss the bill.

Reversed and remanded.

the entry of the judgment in the District Court, 28 U.S.C.A. § 230, and for failure to comply with Rule 73(g) of the Rules of Civil Procedure, 28 U.S.C.A. following section 723c, and no response thereto having been received from counsel for the appellant.

It is Ordered That the motion be granted and the appeal is hereby dismissed with costs to the appellee.

## PIGANELLI v. REICHARD, Medical Officer of the United States.
### No. 9094.

Circuit Court of Appeals, Sixth Circuit.
Nov. 12, 1941.

## MORRIS et al. v. UNITED STATES.
### No. 9694.

Circuit Court of Appeals, Fifth Circuit.
Dec. 2, 1941.

George T. Skinner, of Lexington, Ky., for appellant.

John T. Metcalf, U. S. Atty., of Lexington, Ky., for appellee.

Before SIMONS, ALLEN, and HAMILTON, Circuit Judges.

PER CURIAM.

Upon consideration of the motion filed by the United States Attorney on behalf of the appellee to dismiss the appeal because not taken within three months after